IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RALPH CASAS,  )
  )  CIVIL ACTION NO.: CV214-089
    Petitioner,  )
  )
v.  )
  )
  )
SUZANNE R. HASTINGS, Warden,  )
  )
    Respondent.  )

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Ralph Casas ("Casas") filed Objections. In his Objections, Casas rejects the Magistrate Judge's conclusion that he failed to satisfy the savings clause of 28 U.S.C. § 2255(e). However, nothing in Casas' Objections leads to a different conclusion. Casas fails to satisfy the savings clause, and he cannot proceed with his claims pursuant to 28 U.S.C. § 2241.

Casas' Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Casas' petition for writ of habeas corpus, filed pursuant to 28

U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_7\_\_\_ day of \_\_\_October\_\_\_, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA